IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MEYER BURGER (HOLDING) CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11217 (CTG)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dentons US LLP and Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearances (the "Notice of Appearance") in the above-captioned cases as counsel for DESRI Procurement LLC, DESRI Equipment Financing Borrower L.L.C., and Babacomari Solar North, LLC (the "DESRI Entities"), pursuant to section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

By this Notice of Appearance, the DESRI Entities request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| Robert E. Richards<br>**DENTONS US LLP**<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934<br>Email: robert.richards@dentons.com<br><br>-and- | Jennifer R. Hoover<br>Kevin M. Capuzzi<br>Juan E. Martinez<br>**BENESCH, FRIEDLANDER,**<br>   **COPLAN & ARONOFF LLP**<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>        kcapuzzi@beneschlaw.com<br>        jmartinez@beneschlaw.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Meyer Burger (Holding) Corp. (6127), Meyer Burger (Arizona) LLC (7456), Meyer Burger (Americas) Ltd. (8027), and Meyer Burger (Americas) Lease Co., LLC (4900). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1685 S Litchfield Rd, Goodyear, Arizona 85338.

David F. Cook
**DENTONS US LLP**
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: david.f.cook@dentons.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of the DESRI Entities to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which the DESRI Entities, or any member thereof, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: June 26, 2025
Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
　**COPLAN & ARONOFF LLP**

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
Juan E. Martinez (DE No. 6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
　　　　kcapuzzi@beneschlaw.com
　　　　jmartinez@beneschlaw.com

*Counsel to the DESRI Entities*

**DENTONS US LLP**

Robert E. Richards (*pro hac vice forthcoming*)
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

-and-

David F. Cook (*pro hac vice forthcoming*)
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: david.f.cook@dentons.com

**CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on June 26, 2025, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Papers*, to be filed through the Court's CM/ECF system and served on all parties that have filed an appearance and request for notices under Fed. R. Bankr. P. 2002(i) in these cases via CM/ECF in accordance with Rule 9036-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

    */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)

*Counsel to the DESRI Entities*