**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>MEYER BURGER (HOLDING) CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11217 (CTG)<br><br>(Joint Administration Requested) |

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, David F. Cook, an attorney with Dentons US LLP, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of DESRI Procurement LLC, DESRI Equipment Financing Borrower L.L.C., and Babacomari Solar North, LLC (the "DESRI Entities"), pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  Local Rule 9010-1(e)(ii) provides that "[a]ttorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court."  Del. Bankr. L.R. 9010-1(e)(ii).

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.  I do not maintain an office for the practice of law in the District of Delaware.  My office is located in Washington D.C., at the address listed below.

I respectfully request that the Court enter the proposed order, attached hereto as **Exhibit A**, approving my appearance in these proceedings pursuant to Local Rule 9010-1(e)(ii).

*[Signature Page to Follow]*

Dated: June 26, 2025

Respectfully submitted,

**DENTONS US LLP**

*/s/ David F. Cook*

David F. Cook (No. 6352)
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email:  david.f.cook@dentons.com